# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DANIELLA KATALIN MELEGH, <br><br> Plaintiff, <br><br> v. <br><br> PROVIDENCE HEALTH & SERVICES, et al., <br><br> Defendants. | CASE NO. 2:23-cv-01704-JNW <br><br> **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

DATED this 8th day of November, 2023.

*[signature]*

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1