1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIELLA KATALIN MELEGH,

                    Plaintiff,

        v.

PROVIDENCE HEALTH &
SERVICES, SWEDISH MEDICAL
CENTER, and LAURA,

                    Defendants.

CASE NO. 2:23-cv-01704-JNW

ORDER

        This matter comes before the Court on Plaintiff Daniella Katalin Melegh's "Motion to Appoint Counsel." Dkt. No. 6. Plaintiff is proceeding *pro se* and *in forma pauperis*. The Court has discretion to request a court-appointed attorney on Melegh's behalf, *see* 28 U.S.C. § 1915(e)(1), and this District has implemented a plan for court-appointed representation of civil rights litigants. Pursuant to the plan, the Court reviewed Plaintiff's request for counsel and forwarded it to the Pro Bono Screening Committee for further review. *See* General Order, September 8, 2023. The Screening Committee recommends that the Court appoint pro bono

ORDER - 1

counsel in this matter for the limited purpose of either early ADR or specific fact-finding.

Plaintiff's motion for appointment of counsel is therefore GRANTED in part. The Pro Bono Coordinator is directed to seek a volunteer from the panel for the limited purpose of assisting Melegh with early ADR or specific fact-finding.

Pro bono counsel has the discretion to decide whether to further represent Melegh.

Dated this 17th day of May, 2024.

Jamal N. Whitehead
United States District Judge

ORDER - 2