1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIELLA KATALIN MELEGH,

Plaintiff,

v.

PROVIDENCE HEALTH &
SERVICES, SWEDISH MEDICAL
CENTER, AND LAURA,

Defendants.

CASE NO. 2:23-cv-1704

ORDER APPOINTING COUNSEL

14

15

16

17

18

19

20

21

22

23

The Court GRANTS Plaintiff Daniella Katalin Melegh's motion for appointment of counsel. Dkt. No. 6. The Court APPOINTS James W. McCormick, Evergreen Personal Injury Counsel, 100 South 9th Street, Tacoma, Washington 98402, (253) 472-6000, jmccormick@epic-law.com, as pro bono counsel for Melegh. The appointment is made under the Plan of the United States District Court for the Western District of Washington for the Representation of *Pro Se* Litigants in Civil Rights Actions. *See* General Order No. 16-20 (Jan. 1, 2021), https://www. wawd.uscourts.gov/sites/wawd/files/GO16-20AmendedProBonoPlan.pdf.

Counsel is directed to file a Notice of Appearance within seven (7) calendar days of the date below. If counsel cannot assume this representation for a reason contemplated by the Civil Rules, a motion for relief from appointment should immediately be filed with the assigned judge.

Dated this 10th day of September, 2024.

Jamal N. Whitehead
United States District Judge

ORDER APPOINTING COUNSEL - 2