1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIELLA KATALIN MELEGH, | CASE NO. 2:23-cv-1704 |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| PROVIDENCE HEALTH & SERVICES, SWEDISH MEDICAL CENTER, AND LAURA, | |
| Defendants. | |

The Court raises this matter sua sponte. Plaintiff Daniella Katalin Melegh has failed to provide proof of service, and the Court's initial case schedule deadlines have passed without any apparent action on the part of the parties. *See* Dkt. No. 14 (Order Regarding Initial Disclosures and Joint Status Report). Accordingly, the Court ORDERS Plaintiff to provide proof of service and show cause by May 12, 2025, why she has failed to comply with the Court's initial disclosure and joint status report deadlines. *See id.* Failure to respond will result in dismissal under Fed. R. Civ. P. 4(m).

ORDER TO SHOW CAUSE - 1

Dated this 5th day of May, 2025.

Jamal N. Whitehead
United States District Judge

ORDER TO SHOW CAUSE - 2