HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIELLA KATALIN MELEGH<br><br>Plaintiff,<br><br>v.<br><br>PROVIDENCE HEALTH & SERVICES, SWEDISH MEDICAL CENTER, AND LAURA,<br><br>Defendants. | CASE NO: 2:23-cv-01704-JNW<br><br>ORDER GRANTING MOTION TO WITHDRAW<br><br>**(Clerk's Action Required)** |

# ORDER

This Court having reviewed the pleadings filed herein, hereby orders that pursuant to LCR 83.2(b) that the appearance of JAMES W. MCCORMICK, attorney of record for DANIELLA KATALIN MELEGH, plaintiff, is now hereby withdrawn.

DATED this 12th day of August 2025.

_____
HONORABLE JAMAL N. WHITEHEAD
UNITED STATE DISTRICT JUDGE

ORDER OF WITHDRAWAL-1.

EVERGREEN PERSONAL INJURY COUNSEL
100 South 9th Street
Tacoma WA 98402
P: (253) 472-6000
F: (253) 475-7886